IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ROBERT PERKINS,<br><br>Defendant. | Criminal Action Number 3:04CR351-JRS-02 |

### **RESTITUTION ORDER**

THIS MATTER comes before the Court on the parties Joint Motion to Amend Final Judgment Order to Reflect Updated Restitution Information. Pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. §§ 3663A-3664, the Court hereby ORDERS that restitution in the amount of $28,262.00 is DUE AND PAYABLE IMMEDIATELY to the Medical College of Virginia Hospitals ("MCVH"). Restitution payments on behalf of MCVH should be made to:

>Treasurer of Virginia
>Division of Debt Collection
>Officer of the Attorney General
>900 East Main Street
>Richmond, VA 23219

Defendant's restitution is joint and several with the restitution owed by co-defendant Michael Abrigo Tweedy.

In addition, Defendant is ORDERED to participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

This Order is made a part of the judgment imposed by the Court on July 19, 2005.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

                                              /s/ James R. Spencer
                                              JAMES R. SPENCER
                                              UNITED STATES DISTRICT JUDGE

AUGUST 8, 2005
DATE